# In the United States District Court
# for the District of Columbia

|  |  |
|---|---|
| GIORGI RTSKHILADZE, | ) |
| *Plaintiff,* | ) |
| v. | ) No. 20-cv-1591 (CRC) |
| ROBERT S. MUELLER, III, | ) |
| and | ) |
| UNITED STATES DEPARTMENT OF JUSTICE. | ) |
| *Defendants.* | ) |

## Declaration of Plaintiff Giorgi Rtskhiladze

1. My name is Giorgi Rtskhiladze, a citizen of the United States, who resides in Newtown, Connecticut with my wife, Ayanat, and our three young children under eight years old.

2. I was fortunate to have been born into a prominent family in Georgia. By education I was a classically trained musician from the Georgian Music Conservatory where my professor was Meliton Balachivsdze, a brother of the founder of the New York City ballet, the great Georgian American maestro, George Balanchine. In 1991, at the age of twenty-one, I left the Soviet Union with the help of my mother who obtained a visa for me. I arrived at JFK International Airport with $50 in my pocket. My life story, including my life in the USSR before emigrating to the United States, is laid out in my 2020 book **Kompromat**, *My Story from Trump to Mueller and USSR to USA* (Rare Bird Books, Los Angeles, CA, 2020).

1

3. Unless you have had the experience, you cannot understand what it is like to leave your family and friends behind for the chance for a better life. But there was no future in Georgia as a puppet of Moscow due to rampant corruption throughout the U.S.S.R. caused by a flawed and broken political system.

4. My life in Georgia was one of resolute resistance to Soviet Russian suppression of Georgia. Several of my childhood friends were executed for trying to leave the Soviet Union without permission and a close relative, my uncle, a well-known dissident, spent twelve years in the Soviet gulag because of his political views. As fate would have it, I arrived in New York City just months before that system collapsed. My early life experiences taught me the importance of the rule of law and I have conducted my life accordingly from the first moment I stepped foot on American soil.

5. When I arrived in the United States my dream was that one-day Georgia would be an independent, sovereign country and I would do what I could to foster close economic and cultural ties to the United States of America. As fate would have it, that dream suddenly became a real possibility when within a short period of time after my arrival Georgia was a free and independent country. In the early nineties there were not many Georgians living in the United States and I felt an obligation to do what I could to help Georgia, a young and very fragile democracy, build closer ties with the United States.

6. Because geopolitics and the Russian threat were often topics of discussion in my family, I believed it was just a matter of time before Russia would reemerge as a totalitarian regime and the nascent rule of law would be suppressed. I knew that Georgia had a small window of opportunity before the new Russian regime roared back to reassert its grip over

Georgia and other former Soviet Republics.  And that is exactly what happened after Mr. Putin came to power in 1999.

7.  Many of my childhood friends in Georgia also knew the importance of quickly building strong economic, civic, and cultural ties to the United States to counter the resurgence of Russia in the region.  The Silk Road Group SA (sometimes referred to as "SRG"), headed by George Ramishvili, a good friend of mine, was founded in Georgia in the mid-1990s, soon after the collapse of the Soviet Union.  Silk Road Group's vision since its founding has focused on the idea that Georgia is a part of the great Silk Road – the geopolitical axis connecting Asia with the Western world.  Its businesses have been construed around this logic.  Starting as a transportation company, SRG's core business was delivering oil and oil products originating in Central Asia to Western European markets utilizing Georgia's Black Sea ports.  In that business SRG worked with many of the western and North American oil majors and major producers and suppliers in the Central Asia and Middle Eastern regions.  As a result of economic liberalization and a significant reduction in corruption in Georgia, SRG expanded into telecommunications, energy, real estate, and hospitality.  Today, the Silk Road Group owns three successful and award-winning Radisson Blu Hotels in Georgia – Tbilisi, Batumi and Tsinandali; the largest integrated telecommunications company in Georgia providing fixed line telephony, internet, IPTV and cellular communications – Silknet-Geocell; as well as energy (hydropower) generation and wine-making.

8.  After thirty years of effort, my former partners at the Silk Road Group and I are witnessing the greatest revival in Georgia's history and even more importantly, it is happening in direct and strategic cooperation with my adapted and beloved country, the United States of America.

9. But the Russian threat remains. In August 2008, the Putin Regime launched a military invasion of Georgia killing many innocent Georgians and destroying Georgia's infrastructure. My American friends and business associates stood by me during those difficult times and thankfully America reasserted its support for Georgia and signaled to Putin that it would not abandon the young and thriving Georgian democracy.

10. Theinvasion of Georgia in 2008 was a galvanizing moment for me and my Georgian friends and led to our efforts to build even stronger alliance between U.S. and Georgia to make future attacks by Russia less likely. In September 2008, a month after the Russian invasion, my partners from the Silk Road Group, with the Georgian President Georgia Mr. Saakashvili in attendance along with representatives of the American business community, launched our partnership under the newly established U.S. company, Silk Road TransAtlantic Alliance (SRTA) in New York City. SRTA's core mission was based on our vision for the U.S.-Georgia alliance.

11. Since 2008, the Silk Road Group and I forged many important strategic partnerships with some of the best American companies, brands, and investors including, National Geographic, CNN, NBC, FOX, Trump Organization, Overseas Private Investment Corporation (OPIC), General Electric (GE), the U.S.-Georgia Legacy Foundation, and other ventures. The Foundation hosts annual Georgian investment forums in New York City. Besides being SRG's U.S. based partner in SRTA, SRG also trusted me to be its strategic advisor in constructing complex business deals and strategies with the leading US companies, governmental financial institution, and private investors. We achieved a lot and felt that our efforts, strategic thinking, and investments did strengthen the U.S.-Georgia alliance.

12. Prior to the release of the Mueller Report, my friends, business partners, government officials, and a business network I have spent a lifetime developing knew me as a decent, transparent, and reliable person with a solid business acumen and reputation, someone you could trust and count on for advice. Since my association with the Silk Road Group (and its subsidiaries) starting in 2008, SRG has emerged as a trend-setter in corporate and social responsibility, charitable activities, and sport and cultural affairs. SRG publishes(with considerable financial support) the Georgian language National Geographic Magazine; founded and supports the Wounded Warriors Foundation for Georgian veterans wounded fighting alongside NATO and the United States in Afghanistan and Iraq, and provides major support for the Georgian Ski Federation. In addition, under an agreement with the Georgian government, SRG has invested millions of dollars in the renovation of the historic and unique 19th Century estate of Alexander Chavchavadze at Tsinandali. Aside from renovation and renewal of the house museum and extensive gardens, SRG built a world class 1,000 seat amphitheater and other facilities at Tsinandali (using the historic architecture on the site) to launch an annual Tsinandali Classic Music Festival and the Tsinandali music academy for talented youth from all over the region, to help build peace through music. The announcement of the festival and launch of the new facilities at a gala concert in September 2017 featured Zubin Metha and the Israel Philharmonic Orchestra. Today, the Tsinandali Festival and the Music Academy for young musicians headed by the world renowned conductor, from the Caucasus region Gianandrea Noseda (the conductor of the Washington Symphony Orchestra) is a success in creating an atmosphere for regional peace and prosperity in the name of music and future generations.

13. Since the public release of Footnote 112 on April 18, 2019, my life and the life of my family has been turned upside down.  During the last eighteen months, we have been coping with a deep sense of shame, vulnerability, dishonor, and economic hardship.  I became a subject of hate, threats, and mockery and claims of treason in the United States and in my native country of Georgia, the two countries I have been trying to bring closer together since I came to the United States in 1991.

14. This is the first time in my adult life I found myself being a liability to my family, friends, and my business partners.  Soon after the release of Footnote 112 of the Mueller Report my new and toxic public image is that of a shady Russian businessman involved in clandestine actions to suppress compromising tapes of then Candidate Trump.  This new public image has made it impossible for me to continue my career as an American businessman focusing on international business transactions between the United States and countries in the former Soviet block, especially Georgia, my native country.  Once Footnote 112 was released to the public my business dried up and my family and I retreated into isolation.

15. In April 2018, my involvement in the Mueller investigation commenced when two FBI agents showed up at my home unannounced.  I fully and willingly cooperated with the FBI and the Special Counsel's team of prosecutors over a three-month period of my life and at a cost of hundreds of thousands of dollars in legal bills.  At their request, I generated thousands upon thousands of my private texts, emails, and other documents to help the investigation process.  I did all of this, because I trusted that our Justice Department and Special Counsel Mueller would make a fair and just determination of my actions involving an innocuous and brief exchange of texts with Michael Cohen.

16. To my profound disappointment, that did not happen. It appears to me that the Mueller team was under enormous political pressure to find at least some "smoke" of Russian collusion even though they concluded that there was no "fire" (no Russian collusion). That pressure appears to me, based on the facts and circumstances to which I am privy, to have caused Special Counsel Mueller and his team of prosecutors to make a conscious decision to exploit my poorly used two words "Stopped flow" in my friendly text message to Michael Cohen, and that the did so to construct a Russian-style-spy profile of me involved in suppressing the tapes mentioned in the Steele Dossier with a Russian oligarch. Nothing could be further from the truth. What follows are a number of ways the release of Footnote 112 unredacted has caused me enormous financial and emotional harm.

17. From 2017 through 2019, I was successful in forging an important private sector-government partnership between the Georgian Government, the Silk Road Group SA, General Wesley Clark (Chairman of Enverra, a financial group) and OPIC to develop a five star Hôtel under an international brand Radisson Hotels at the Historic Tsinandali Estate in Georgia valued at $50M. The Hôtel development was one of the sterling examples of the benefits of a government-private sector partnership between United States and Georgia. As a result of our steadfast efforts to put together this complex deal with SRG, Enverra, and me, we were able to conclude a loan agreement with OPIC and the Georgian TBC Bank. Despite certain negative media coverage SRG and I encountered during the hotel-development process, which caused concerns with TBC bank, Enverra and the OPIC's leadership, the parties understood that the media coverage was highly speculative and unsubstantiated and they remained committed to the project.

18. After Footnote 112 was released to the public, I was forced to depart from the deal to protect the integrity of the project and the reputation of all the parties involved. My departure from the project caused me and my family substantial financial and emotional injuries not to mention the strain it caused to my business relationships with the Silk Road Group, Enverra, TBC Bank, the Georgian Government, and OPIC. Aside from the compensation equal to three percent from the total value of the project, I also lost all future business opportunities with such distinguished entities.

19. Footnote 112 also cost me an honorary counsel commendation from the Georgian government. As a result of my contributions in 2017-2019 to strengthen the United States and Georgian economic and cultural relationship, the Prime Minister of Georgia Mamuka Bakhtadze offered me the title of "Honorary Consul" for Georgia-U.S. relations. I was delighted and humbled to receive such an important acknowledgment from my native country and was looking forward to further my efforts to foster Georgian culture and spirit in the United States. Just as I was preparing to accept the position and devote the necessary time to my daily duties, the Mueller Report was made public. Being labeled as a "Russian businessman" working with a Russian oligarch to tamper with compromising tapes of the sitting U.S. President was catastrophic to my becoming an Honorary Consul. After the release of Footnote 112, I had a short and painful conversation with Prime Minister Bakhtadze's chief of staff, Mr. Choladze, who told me that the Georgian press was asking all kinds of questions about my appearance in Footnote 112. I tried to explain that in my text message to Cohen I was only relating some gossip I heard from a friend. I told him that my lawyer had sent a letter to Attorney General William P. Barr just five days after the redacted Mueller Report was made public seeking a retraction. While Mr. Choladze was sympathetic, he was very short and blunt in telling me that it

was very important to see the Attorney General's response and it was even more important that I obtain a retraction. We never received a response to our letter to the Attorney General, and that was the end of this once in the lifetime opportunity.

20. In 2018, based on my track record with concluding complex deals between the U.S. and Georgia, I was hired by the Georgian Oil and Gas Corporation ("GOGC") as an advisor for securing U.S. based investors and strategic partners for GOGC domestic projects. The agreement paid $200,000 in annual fees and GOGC and I agreed to have the agreement renewed, annually. While GOGC was kind enough to complete their remaining financial obligations to me, soon after the release of the Mueller Report in April of 2019 GOGC declined to renew the agreement. This loss of income and the consequent reputational harm that went with it were devastating to me and my family.

21. In 2017 and 2018, I succeeded in securing an advisory agreement with the leading financial center in the country of Kazakhstan, named AIFC. I was well respected in Kazakhstan having secured an important development for the Kazakh people, i.e., bringing the world-renowned publication, *National Geographic*, to Kazakhstan for the magazine's local language edition and the TV channels. The Governor of AIFC and the head of the state agency for strategic reforms, Mr. Kairat Kelimbetov, who was familiar with my work, personally asked me to advise AIFC for its business and investment activities in the United States. While I successfully performed my duties for phase one of the agreement, phase 2 of the agreement was halted at the end of April 2019 and thereafter was never renewed by AIFC once they witnessed a massive negative and embarrassing exposure I received from the defamation in Footnote 112. I had a candid conversation with Mr. Kelimbetov in which he expressed his deep concerns about the fallout from Footnote 112 and told me that my new public image was a roadblock for any

future collaboration.  He told me he hoped we could resume our collaboration once I was able to rectify the situation.  After that conversation, my duties as an advisor to the AIFC ended.  Again, I lost a very lucrative agreement worth up to $300,000 in annual fees and most importantly my reputation with the Kazakhstan government and business community was destroyed.  This situation had a negative impact on my wife, Ayanat.  Ayanat is one of the most famous actresses from Kazakhstan.  She is a graduate of New York City's Hunter College with degrees in economics and film.  The embarrassment I caused to my wife in her native country cannot be measured.

    22.  In 2018, I forged a significant partnership between the Georgian Government and Grace Farms (a U.S. foundation based in New Canaan, Connecticut).  The partnership was focused on creating universal standards for supply-chain transparency and fighting modern day slavery in Georgia. This was a  first of its kind partnership between the Georgian Government, the private sector, and the foundation to combat a horrific world of human trafficking.  The Georgian Government, Cornell University, and the Routers Foundation joined this effort.  I personally co-hosted Georgian Prime Minister Bakhtadze and Grace Farms founder, Sharon Prince, first in New York City in September of 2018 for the signing of the letter of intent (LOI) and then in Georgia in October 2018 for the execution of the memorandum of understanding (MOU) between the parties at the Tsinandali Estate.

    23.  In early May of 2019, we planned a major announcement in Georgia together with Cornell, the Georgian Government and Grace Farms to mark what had been accomplished and I was scheduled to deliver a speech.  Due to the release of Footnote 112 in April 2019 and the devastating consequences it had on my name and reputation, however, I had to agree to have my name removed from the list of the speakers and my travel to Georgia was canceled.  I was forced

to remove myself from a project that I forged, again suffering unthinkable damage to my reputational in Georgia and the United States.  And needless to say, Footnote 112 strained my close relationship with the founders of the Grace Farms organization, located only several miles from my house in Connecticut.

24.  One of the transactions that led to my entanglement with the Mueller investigation was a licensing agreement I and my former partners at the Silk Road Group negotiated with the Trump Organization in 2011–2012.  The agreement called for the construction of a Trump Tower in the seaside town of Batumi, Georgia. This was the first Trump Organization branded project in former Soviet region, so Georgians were proud that a well-known real estate developer chose Georgia to construct a Trump Tower. The project was delayed by roadblocks, including the global economic slowdown, the slowdown in the Georgian residential real-estate market, and a change of power in Georgia.  Soon after the Silk Road Group decided that the project was ready for construction, Mr. Trump became the President of the United States and to avoid any potential conflicts of interest the parties mutually terminated the agreement.

25.  While SRG and I moved onto other projects such as investments in the telecommunications, hotel development, and philanthropy, the media in the United States was focusing on all Trump deals, especially ones in the former Soviet region.  The Georgia project became a subject of the major media reporting.  Some media outlets misrepresented the Silk Road Group, apparently to discredit the Trump Organization.  While being caught in the crossfire between the press and the Trump presidency caused the Silk Road Group and me certain reputational damage, prior to the publication of Footnote 112 we were able overcome due diligence and know your client ( KYC) hurdles with major banks and financial institutions.  We succeeded in consolidating two important transactions for SRG's fully owned telecom company,

JSC Silknet, worth $353 million.  I played a significant role in assisting SRG in the purchase of the local mobile company Geocell for $153 million.  I also was advising Silknet in the issuance of Euro Bonds worth approximately $200 million. While some of the advance monies were paid to me by Silk Road for my work, substantial fees in the nature of contingent compensation were to be paid to me as I executed my duties going forward with Silknet and Geocell once it was integrated with Silknet (expected to take approximately eighteen months).

      26.  As the expected release of the Mueller Report drew closer, I felt obligated to disclosed to my partners at SRG and to the supervisory board of Silknet that I was questioned by the Mueller team.  When they asked me about potential harm my appearance could cause to the Silk Road Group's and Silknet's reputation, I assured them that they should not be concerned because I fully had cooperated with the investigation and had done nothing wrong.  I gave that assurance because the Special Counsel's Office in June 2018 communicated to my lawyers at Reed Smith that following my two interviews and the grand-jury testimony they had no further questions. I assured my partners that I would not become a liability for our ongoing business ventures that would prompt banks, financial institutions, or investors involved in business with SRG or Silknet to suspend their business relationship; or even worse to terminate the existing loan agreements. My partners believed me because of our longstanding business relationship which was primarily built on investing in the projects that promoted U.S.-Georgian relationship—a relationship that Russia, Georgia's sworn enemy, continually tries to subvert.

      27.  To me and my partners grave disappointment, I was defamed in Footnote 112 of the Mueller Report.  The media, literally worldwide, immediately picked up on the sensational and defamatory implications of Footnote 112, portraying me in the manner the Mueller team intended—a Russian businessman who assisted a Russian oligarch is suppressing the unverified

so-called golden-rain tapes to advance the Russian agenda of interfering in the U.S. elections to help Mr. Trump get elected. Many of my business associates in the United States and Georgia went silent for fear of being tainted by association with me. The Silk Road Group and even high-level Georgian Government officials were swamped with embarrassing questions about me and their association with me.

28. While the August 2017 article in *The New Yorker* was full of misrepresentations of the Silk Road Group and mentioned me, that episode cannot in any way shape or form be compared to the tsunami of negative news about me after Footnote 112 was release unredacted. After Footnote 112 was released, I was no longer just a person mentioned in some speculative and defamatory article in a magazine of limited distribution, I was branded by the United States Department of Justice as a person colluding with Russia and then Candidate Trump's attorney Michael Cohen who had been indicted and was about to plead guilty to a felony.

29. The Silk Road Group and Silknet, following the advice of their legal counsels and the members of their supervisory boards, had no other choice but to distance themselves from me. I spoke with the chairman of the Silk Road Group (also my good friend) and we agreed that there was no other way forward but for me to pull out of all of our business ventures including the telecom deals until I was able to clear my name.

30. Many other business deals in the works were immediately suspended. My involvement in the Tsinandali Festival project as a strategic marketing advisory with an annual fee of $100,000 and a three-percent fee from the fundraising activities was canceled, my relationships with Georgian and U.S. based investment and venture capital funds located in San Francisco and Paulo Alto also were canceled. These investments focused on investments in new, smart technologies, development of electric cars and batteries as well as the agricultural products

for the Georgian and Kazakhstan markets, which I was spearheading under the new U.S. based entity, SilkTech LLCd.  The potential investments were approximately $100 million.

31.  In other cases, parties with whom I had had prior business engagements would not return my efforts to reach out to them.  There is nothing opaque about the financial and emotional damage that has been brought on me and my family.  In the era of Google and Bing, public records, and media reports about them, are available to anyone and instantly.  Businesses form their opinion of potential professional engagements according to a person's online image to avoid unwanted negative publicity which in today's world, as we all know, has a direct effect on the bottom line.  I could write a separate book on how many of my business meetings were canceled after Footnote 112 was made public and broadcast worldwide by the media. On several occasions, I was asked to leave an ongoing meeting after the counterparts googled my name.  I can tell you from firsthand experience, no business, financial institution, or government official wants anything to do with a Russian businessman whose name is directly associated with the golden-rain tapes somehow connected to the Kremlin.  In short, after the publication of Footnote 112, I became a pariah in the court of public opinion and, as a result, a major business liability.  For example, a government official told me straight out that my involvement in negotiations of potential loan agreement was a nonstarter with me involved because of the false perception of me created by Footnote 112 as a Russian asset.

32. These are only a few examples why a formal retraction was so urgent in April 2019 and remains urgent today.  Without a formal retraction by DOJ, I will continue to be stigmatized for the rest of my life and my children will have to live with that same stigma—a nightmare legacy that no parent would ever want to pass on to their children.

33. In DOJ's motion to dismiss, it characterizes the defamation in Footnote 112 as a "slight misquote" that caused no harm.  That "slight misquote" has destroyed my hard won international business reputation and I am pursuing the only avenue available to me to restore my name and to recover some of the enormous economic losses that have resulted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Giorgi Rtskhiladze

Dated:  October  3 , 2020