# In the United States District Court for the District of Columbia

| | |
|---|---|
| **GIORGI RTSKHILADZE,** | )<br>)<br>) |
| *Plaintiff,* | )<br>) |
| v. | ) No. 20-cv-1591 (CRC)<br>) |
| **ROBERT S. MUELLER, III,** | )<br>) |
| and | )<br>) |
| **UNITED STATES DEPARTMENT OF JUSTICE,** | )<br>) |
| *Defendants.* | )<br>) |

**Motion to Request an Oral Hearing Regarding the**
**Motions to Dismiss of the Department of Justice and Special Counsel Mueller**

Pursuant to LCvR7(f), plaintiff hereby respectfully requests an oral hearing with respect to the Motions to Dismiss filed by the Department of Justice (DOJ) and Special Counsel Mueller. On October 6, 2020, plaintiff responded to the Motions to Dismiss. Plaintiff is aware that holding such a hearing is within the discretion of the Court regardless of whether the parties have requested one. Nevertheless, plaintiff requests an oral hearing on both Motions to Dismiss and plaintiff's abeyance Motion and, therefore, requests that its responses to the motions of defendants be amended to that extent. Plaintiff makes this request because of a belief that an oral hearing will aid the Court in deciding the Motions to Dismiss and plaintiff's responses which raise a number of issues relating to the Privacy Act, the Administrative Procedure Act, a claim for loss of a liberty interest under the Due Process Clause, and the inherent equitable power of the Court.

Plaintiff respectfully requests that this Motion be granted.

1

Respectfully submitted,

/s/ *Jerome A. Madden*
Jerome A. Madden
THE MADDEN LAW GROUP PLLC
1455 Pennsylvania Ave., NW, Suite 400
Washington, DC 20004
(202) 349-9836
JMadden@TheMaddenLawGroup.com
District of Columbia Bar No. 272260

2

**Certificate of Service**

On October 8, 2020, I certify that I caused to be served, by way of the CM ECF system, on counsel for Robert S. Mueller, III and the Department of Justice copies of the Motion to Request an Oral Hearing Regarding the Motions to Dismiss of the Department of Justice and Special Counsel Mueller. .

/s/ *Jerome A. Madden*
Jerome A. Madden