# In the United States District Court
# for the District of Columbia

|  |  |  |
|---|---|---|
| GIORGI RTSKHILADZE, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 20-cv-1591 (CRC) |
| | ) | |
| ROBERT S. MUELLER, III, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| *Defendants.* | ) | |

**Plaintiff's Reply to DOJ's Opposition to Plaintiff's Motion to File a Sur-Reply**

Plaintiff respectfully submits this short Reply to emphasize the significance of the error acknowledged by the Department of Justice (DOJ) in its opposition to plaintiff's Motion for Leave to File a Sur-Reply. DOJ acknowledges that it incorrectly argued that the Report of the Senate Select Committee on Intelligence on Russian Active Measures Campaigns and Interference in the 2016 U.S. Election, Volume 5, Counterintelligence Threats and Vulnerabilities (Senate Report) was released to the public at the same time the Mueller Report was released. DOJ's Opp. at 3. In fact, DOJ now recognizes that the Senate Report was not released until just a few months ago in August 2020—approximately a year-and-a-half after the Mueller Report was released in April 2019.

This acknowledgment is material because it refutes DOJ's argument that plaintiff could not have been harmed by the admittedly defamatory nature of Footnote 112 of the Mueller

Report because the Senate Report was released at the same time and contained the same information about plaintiff.

*What is more*, unlike the Mueller Report, the Senate Report accurately and completely addressed the subjects discussed in Footnote 112. Had the Mueller Report done the same, plaintiff's career would not have been abruptly ended by the worldwide media coverage of Footnote 112 that interpreted it exactly as the special prosecutors intended, *i.e.*, that plaintiff actively sought to suppress the so-called unverified golden-rain tapes of then Mr. Trump mentioned in the Steele Dossier through his contact with a Russian oligarch and, further, knew the tapes were fake but did not tell Michael Cohen.

*In contrast*, the Senate Report notes that (i) the only information plaintiff had was from a telephone conversation he received at his home in Connecticut from a friend who told him he overheard someone sitting at an adjacent table in a public dining area bragging about having some compromising tapes of then Mr. Trump, (ii) this call took place shortly after the release to the public of the *Access Hollywood* tapes of Mr. Trump and had nothing to do with the Steel Dossier which was not in the public domain at the time, and (iii) plaintiff had no idea who might be behind such rumors but speculated that if there was any substance to the rumor the Crocus Group might be involved.[1]

The Senate Report—unlike the Mueller Report—also accurately and completely includes the entirety of the exchange of texts between plaintiff and Michael Cohen, unlike the Mueller Report which misquoted an out-of-context part of the exchange. The full exchange of texts

---

[1] The Crocus Group was involved in sponsoring the Miss Universe Pageant in Russia some years earlier. Mr. Trump attended the pageant.

demonstrates the innocuous nature of the exchange in contrast to the spectacular implications of Footnote 112.  In short, the Senate Report confirms the allegations in the Amended Complaint.

For the foregoing reasons, those set forth in Plaintiff's Memorandum in Support of the Motion for Leave to File a Sur-Reply, and Plaintiff's Response in Opposition to DOJ's Motion to Dismiss, DOJ's Motion to Dismiss should be denied.

      Respectfully submitted,

/s/ *Jerome A. Madden*
Jerome A. Madden
THE MADDEN LAW GROUP PLLC
1455 Pennsylvania Ave., NW, Suite 400
Washington, DC 20004
(202) 349-9836
JMadden@TheMaddenLawGroup.com
District of Columbia Bar No. 272260

**Certificate of Service**

I, Jerome A. Madden, certify that on November 2, 2020, I caused to be served using the CM ECF system a copy of Plaintiff's Reply to DOJ's Opposition to Plaintiff's Motion to File a Sur-Reply upon counsel for the Department of Justice and the Special Counsel.

/s/ *Jerome A. Madden*
Jerome A. Madden