# In the United States District Court or the District of Columbia

|  |  |  |
|---|---|---|
| **GIORGI RTSKHILADZE,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-1591-CRC |
| | ) | |
| **ROBERT S. MUELLER, III,** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **UNITED STATES DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| *Defendants.* | ) | |

RESPONSE TO THE DEPARTMENT OF JUSTICE'S
MOTION TO SEAL PARTS OF PLAINTIFF'S RULE 60(b) FILING

Plaintiff respectfully opposes the Department of Justice's Motion to seal parts of the Rule 60(b) Motion filed by Plaintiff yesterday. Plaintiff petitioned Chief Judge Howell for permission to review Plaintiff's testimony before the Mueller grand jury. On December 29, 2021, the Chief Judge granted Plaintiff's Motion seeking clarification regarding his right to take notes during his and counsel's review. In that Order, the Court granted Plaintiff's request and stated: "Indeed, the whole purpose of petitioner's review of his grand jury transcript is to reveal accurately portions thereof ***intended to be filed publicly*** in a civil case to dispute other information already publicly disclosed in the Mueller Report." Order at 4 (Emphasis added). This statement is fully consistent with *In re Grand Jury*, 490 F.3d 978, 989 (D.C. Cir. 2007):

> A grand jury witness is legally free to tell, for example, his or her attorney, family, associates, reporters, or bloggers what happened in the grand jury. For that matter, the witness can stand on the courthouse steps and tell the public everything the witness was asked and answered.

Accordingly, there is no basis in the Chief Judge's Order or *In re Grand Jury* that legally supports DOJ's position. If DOJ is dissatisfied with the Chief Judge's Order, its remedy is in that proceeding, not here.

                                          Respectfully submitted,

                                          _____

                                          Jerome A. Madden  
                                          THE MADDEN LAW GROUP PLLC  
                                          1455 Pennsylvania Ave., NW, Suite 400  
                                          Washington, DC 20004  
                                          (202) 349-9836  
                                          JMadden@TheMaddenLawGroup.com  
Dated:  January 20, 2022           District of Columbia Bar No. 272260

## **CERTIFICATE OF SERVICE**

I, Jerome A. Madden, hereby certify that on January 20, 2022, I caused to be served using the CM ECF system a copy of Plaintiff's Opposition to DOJ's Motion to Seal upon:

Rebecca M. Kopplin
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, D.C. 20005

David W. Inkeles
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044

_____
Jerome A. Madden