IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIORGI RTSKHILADZE,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT S. MUELLER, III<br>*In his individual capacity*<br><br>and<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>Defendants. | Case No.  1:20-cv-1591-CRC |

### NOTICE OF PROCEEDINGS BEFORE CHIEF JUDGE HOWELL

On January 20, 2022, this Court granted Defendant the United States Department of Justice's motion and sealed Plaintiff's Rule 60 motion and associated exhibits, docketed as ECF Numbers 37, 37-1, 37-2, 37-3, and 37-4, and stayed the time for Defendants to respond to Plaintiff's motion.  Minute Order (Jan. 20, 2022).

Defendant hereby updates the Court regarding subsequent developments.  After this Court sealed Plaintiff's Rule 60 motion, Mr. Rtskhiladze moved for clarification from Chief Judge Howell of her orders,[1] and the Government responded to that motion.[2]

On January 21, 2022, Chief Judge Howell clarified that "nothing in the Court's previous orders explicitly or implicitly granted permission to petitioner to disclose publicly material

---

[1] Pet.'s Mot. Clarif. Prop. Sealing Pet.'s Decl. Rel. Grand J. Test., *In re Grand Jury Proceedings*, 20-gj-48, ECF No. 13 (D.D.C. Jan. 21, 2022).

[2] Resp. Pet's Mot. Clarif., *In re Grand Jury Proceedings*, 20-gj-48, ECF No. 14 (D.D.C. Jan. 21, 2022).

1

obtained from petitioner's review of his grand jury transcript."  Minute Order, *In re Grand Jury Proceedings*, 20-gj-48 (D.D.C. Jan. 21, 2022).  Chief Judge Howell's order further stated that "[s]hould petitioner wish to disclose publicly these materials, he would need to submit a motion to that effect in this docket."  Minute Order, *In re Grand Jury Proceedings*, 20-gj-48 (D.D.C. Jan. 21, 2022).

On January 22, 2022, Mr. Rtskhiladze petitioned Chief Judge Howell to "unseal all Rule 60(b) materials" and for a copy of the transcript of his grand jury testimony.[3]  That motion remains pending.

Dated: January 24, 2022	Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

/s/ *Rebecca M. Kopplin*
REBECCA M. KOPPLIN
Trial Attorney (California Bar No. 313970)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-3953
Fax: (202) 616-8470
rebecca.m.kopplin@usdoj.gov

*Counsel for the United States*

---

[3] Pet.'s Mot. Unseal All Rule 60(b) Materials & Prod. His Grand J. Trans, *In re Grand Jury Proceedings*, 20-gj-48, ECF No. 17 (D.D.C. Jan. 22, 2022).