IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIORGI RTSKHILADZE, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT S. MUELLER, III <br> *In his individual capacity* <br><br> and <br><br> UNITED STATES DEPARTMENT OF JUSTICE <br><br> Defendants. | Case No.  1:20-cv-1591-CRC |

## NOTICE OF SEALED FILING

In accordance with this Court's April 25 order, and as authorized by Chief Judge Howell, Order, *In re Grand Jury Proceedings*, 21-gj-48 (D.D.C.), ECF No. 25, the Department of Justice earlier today filed *ex parte* and under seal on this docket the transcript of Mr. Rtskhiladze's grand jury interview.  Due to the *ex parte* nature of the filing, the filing was not served on Plaintiff or Plaintiff's counsel.

Dated: May 16, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

/s/ *Rebecca M. Kopplin*
REBECCA M. KOPPLIN
Trial Attorney (California Bar No. 313970)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-3953
Fax: (202) 616-8470
rebecca.m.kopplin@usdoj.gov

*Counsel for the United States*