IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIORGI RTSKHILADZE,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT S. MUELLER, III<br>*In his individual capacity*<br><br>    and<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>    Defendants. | Case No. 1:20-cv-1591-CRC |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of October 28, 2024, the parties submit the following joint proposal for further proceedings:

1. Defendants to file a renewed motion to dismiss on or before December 12, 2024.

2. Plaintiff to file an opposition to Defendants' renewed motion to dismiss on or before January 23, 2025.

3. Defendants to file a reply supporting their renewed motion to dismiss on or before February 13, 2025.

Dated: November 6, 2024

Respectfully submitted,

*/s/ Jerome A. Madden*  
Jerome A. Madden  
THE MADDEN LAW GROUP PLLC  
1455 Pennsylvania Ave., NW, Suite 400  
Washington, DC 20004

BRIAN M. BOYNTON  
Principal Deputy Assistant Attorney General  
Civil Division

(202) 349-9836 (Office)
(703) 444-3567 (Direct)
D.C. Bar No. 272260
jmadden@themaddenlawgroup.com

*Counsel for Plaintiff*
*Giorgi Rtskhiladze*

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

/s/ *Rebecca M. Kopplin*
REBECCA M. KOPPLIN
Trial Attorney (California Bar No. 313970)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-3953
Fax: (202) 616-8470
rebecca.m.kopplin@usdoj.gov

*Counsel for the United States*