IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIORGI RTSKHILADZE,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT S. MUELLER, III<br>*in his individual capacity*,<br><br>and<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>Defendants. | Case No.  1:20-cv-1591-CRC |

## DEFENDANT UNITED STATES' NOTICE OF CLARIFICATION

Defendant Department of Justice respectfully corrects the last full sentence on page 16 of the memorandum supporting their renewed motion to dismiss, which should read "And, indeed, the Mueller Report is not indexed and retrieved by Mr. Rtskhiladze's name personally, nor by any other identifying number or symbol assigned to his ~~or any other person's~~ name;" and Defendant withdraws the sentence on page 17 stating: "Confirming this interpretation, DOJ maintains a list of its internal systems of records subject to the Privacy Act, which does not include the Mueller Report." *Cf.* ECF No. 53-1.

With regard to the argument at pages 15 to 17 of their memorandum, Defendant's position is that that Mr. Rtskhiladze fails to state a claim because the Mueller Report is not maintained in a Privacy Act system of records retrieved *by Mr. Rtskhiladze's* name. *See, e.g.*, *Sussman v. U.S. Marshals Serv.*, 494 F.3d 1106, 1123 (D.C. Cir. 2007) (interpreting § 552a(g)(1)(D)'s waiver of sovereign immunity narrowly and holding that "[plaintiff] must

1

show the [agency] improperly disclosed materials located in records retrievable by [plaintiff's] name as opposed to someone else's name" (emphasis added)). To the extent Defendant cites Privacy Act Correspondence in support of that argument, ECF No. 53-2, it is cited only to support Defendant's argument that the Mueller Report is not maintained in a Privacy Act system of records retrieved by Mr. Rtskhiladze's name, which the Amended Complaint fails to allege.

Dated: December 20, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

JOSHUA E. GARDNER
Special Counsel

*/s/ Rebecca Kopplin*
REBECCA KOPPLIN
Trial Attorney (California Bar No. 313970)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C.  20005
Telephone:  (202) 514-3953
Facsimile:  (202) 616-8470
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for the United States*