**In the United States District Court
for the District of Columbia**

|  |  |  |
|---|---|---|
| **GIORGI RTSKHILADZE,** | ) | |
|  | ) | |
| *Plaintiff,* | ) | |
|  | ) | |
| v. | ) | No. 20-cv-1591 (CRC) |
|  | ) | |
| **ROBERT S. MUELLER, III,** | ) | |
|  | ) | |
| and | ) | |
|  | ) | |
| **UNITED STATES DEPARTMENT OF JUSTICE.** | ) | |
|  | ) | |
| *Defendants.* | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION
TO CORRECT A TECHNICAL ERROR IN THE FIRST AMENDED COMPLAINT**

Pursuant to Local Rule 7(i), Plaintiff, Giorgi Rtskhiladze, respectfully requests that he be granted permission to amend the First Amended Complaint. *Defendants do not oppose this Motion.* In preparing the memorandum in opposition to Defendants' renewed motion to dismiss, counsel discovered that he inadvertently failed to incorporate the paragraphs that constitute Count I into his pleadings that constitute Count II. This Motion seeks permission to change "73. Plaintiff incorporates herein paragraphs 1 through 68" to "73. Plaintiff incorporates herein paragraphs 1 through 72." The First Amended Complaint is submitted with this Motion along with the Second Amended Complaint.

The decision whether to grant leave to amend a complaint is entrusted to the sound discretion of the Court although leave "should be freely given unless there is a good reason, such as futility, to the contrary." *Hajjar-Nejad v. George Washington University*, 873 F. Supp. 2d 1, 8-9 (D.D.C. 2012).

For the foregoing reasons, Plaintiff respectfully requests that this unopposed Motion be granted.

Respectfully submitted,
/s/ *Jerome A. Madden*
Jerome A. Madden
THE MADDEN LAW GROUP PLLC
1455 Pennsylvania Ave., NW, Suite 400
Washington, DC 20004
(202) 349-9836 Office
(703) 444-3567 Direct
JMadden@TheMaddenLawGroup.com
District of Columbia Bar No. 272260

## **CERTIFICATE OF SERVICE**

On January 28, 2025, I certify that I caused to be served, by way of the CM ECF system, on counsel for Robert S. Mueller, III and the U.S. Department of Justice copies of the Motion and Memorandum in Support of Plaintiff's Unopposed Motion to Correct a Technical Error in the First Amended Complaint.

/s/ *Jerome A. Madden*
Jerome A. Madden