IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GIORGI RTSKHILADZE,

            Plaintiff,

  v.

ROBERT S. MUELLER, III
*in his individual capacity*,

and

UNITED STATES DEPARTMENT OF JUSTICE

            Defendants.

Case No.  1:20-cv-1591-CRC

## JOINT MOTION TO STAY CASE

    Plaintiff Mr. Rtskhiladze and Defendant Department of Justice respectfully move for this case to be stayed.

    The parties intend to engage in discussions regarding a potential settlement which would potentially resolve this case without the need for further judicial involvement. Counsel for the parties expect to meet and confer over the next several months to discuss settlement proposals. Accordingly, a stay of all proceedings would preserve the resources of the Court and the parties.

    No party will be prejudiced by the granting of the requested stay. If, in the future, the parties are ultimately unable to reach an agreed resolution of this case, briefing could continue at that time.

    The parties propose to submit a joint status report addressing the need for further proceedings on or before April 9, 2025. A proposed order consistent with this motion is attached.

1

Dated: February 5, 2024

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

JOSHUA E. GARDNER
Special Counsel

*/s/ Rebecca Kopplin*
REBECCA KOPPLIN
Trial Attorney (California Bar No. 313970)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for the United States*

Respectfully submitted,

/s/ *Jerome A. Madden*
Jerome A. Madden
THE MADDEN LAW GROUP PLL
1455 Pennsylvania Ave., NW, STE 400
Washington, DC 20004
(202) 349-9836
JMadden@TheMaddenLawGroup.com
District of Columbia Bar No. 272260

*Counsel for Plaintiff*