IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIORGI RTSKHILADZE,<br><br>            Plaintiff,<br><br>  v.<br><br>ROBERT S. MUELLER, III<br>*in his individual capacity*,<br><br>and<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>            Defendants. | Case No.  1:20-cv-1591-CRC |

## JOINT STATUS REPORT

On May 30, 2025, this Court granted in part Defendants' motion to dismiss. ECF No. 62. The Court granted the motion as to Plaintiff's Administrative Procedure Act and Declaratory Judgment Act claims but denied the motion as to Plaintiff's Privacy Act claim. *See id.* at 1–2. The Court further directed the parties to file a joint status report by June 13, 2025, proposing next steps in this case. *See id.* at 21.

The parties have been engaged in ongoing discussions regarding a possible settlement. In the interest of allowing the parties additional time to discuss settlement, the parties propose that they submit another joint status report in 30 days, by July 14, 2025.

Dated: June 13, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Cassandra. M. Snyder*
CASSANDRA M. SNYDER
Bar No. 1671667
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 451-7729
cassandra.m.snyder@usdoj.gov

*Counsel for the United States*

Respectfully submitted,

/s/ Jerome A. Madden
Jerome A. Madden
THE MADDEN LAW GROUP PLL
1455 Pennsylvania Ave., NW, STE 400
Washington, DC 20004
(202) 349-9836
JMadden@TheMaddenLawGroup.com
District of Columbia Bar No. 272260

*Counsel for Plaintiff*