IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIORGI RTSKHILADZE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT S. MUELLER, III<br>*in his individual capacity*,<br><br>and<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>　　　　　Defendants. | Case No.  1:20-cv-1591-CRC |

## JOINT STATUS REPORT

The parties file this Joint Status Report pursuant to the Court's June 17, 2025 Minute Order. The parties have been engaged in ongoing discussions regarding a possible settlement. In the interest of allowing the parties additional time to discuss settlement, the parties propose that they submit another joint status report in 30 days, by September 14, 2025.

Dated: August 14, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　　　　　　　　Deputy Branch Director

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Cassandra M. Snyder*
　　　　　　　　　　　　　　　　　　　　　　　CASSANDRA M. SNYDER
　　　　　　　　　　　　　　　　　　　　　　　Bar No. 1671667
　　　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　　　United States Department of Justice

Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 451-7729
cassandra.m.snyder@usdoj.gov

*Counsel for the United States*


/s/ *Jerome A. Madden*
Jerome A. Madden
THE MADDEN LAW GROUP PLL
1455 Pennsylvania Ave., NW, STE 400
Washington, DC 20004
(202) 349-9836
JMadden@TheMaddenLawGroup.com
District of Columbia Bar No. 272260

*Counsel for Plaintiff*