IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIORGI RTSKHILADZE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT S. MUELLER, III<br>*in his individual capacity*,<br><br>and<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>　　　　　　Defendants. | Case No.  1:20-cv-1591-CRC |

## JOINT STATUS REPORT

　　The parties file this Joint Status Report pursuant to the Court's August 14, 2025 Minute Order.  The parties have reached a settlement agreement.  The Parties will endeavor to memorialize and execute the Settlement Agreement in short order and Plaintiff will then move to dismiss the case.

Dated: September 15, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　　　　　Deputy Branch Director

　　　　　　　　　　　　　　　　　　　　*/s/ Sam Bean*
　　　　　　　　　　　　　　　　　　　　Samuel Bean (MD)
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch

1100 L Street NW
Washington, D.C. 20005
(202) 455-9619
Samuel.B.Bean2@usdoj.gov

*Counsel for the United States*


/s/ *Jerome A. Madden*
Jerome A. Madden
THE MADDEN LAW GROUP PLL
1455 Pennsylvania Ave., NW, STE 400
Washington, DC 20004
(202) 349-9836
JMadden@TheMaddenLawGroup.com
District of Columbia Bar No. 272260

*Counsel for Plaintiff*