IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIORGI RTSKHILADZE,<br><br>           Plaintiff,<br><br>  v.<br><br>ROBERT S. MUELLER, III<br>*in his individual capacity*,<br><br>and<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>           Defendants. | Case No.  1:20-cv-1591-CRC |

**JOINT STATUS REPORT**

The parties to this case have made significant progress toward a global settlement of this matter. The government is awaiting the receipt of additional information from plaintiff's counsel in order to evaluate whether the parties can reach final resolution. Given the holiday season, and the pre-planned vacation plans of the government's trial counsel handling this matter, the parties propose submitting within 30 days either another JSR reporting on the parties' progress, or a stipulation of dismissal.

Dated: November 25, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

 */s Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO, DC Bar 418925
SAMUEL B. BEAN
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch

        1100 L Street NW
        Washington, D.C. 20005
        (202) 514-5302
        *Counsel for the United States*


        */s/ Jerome A. Madden*_____
        Jerome A. Madden
        THE MADDEN LAW GROUP PLL
        1455 Pennsylvania Ave., NW, STE 400
        Washington, DC 20004
        (202) 349-9836
        JMadden@TheMaddenLawGroup.com
        District of Columbia Bar No. 272260

        *Counsel for Plaintiff*