IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIORGI RTSKHILADZE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT S. MUELLER, III<br>*in his individual capacity*,<br><br>and<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>　　　　　Defendants. | Case No.  1:20-cv-1591-CRC |

### NOTICE OF APPEARANCE

　　Please take notice that Jessica A. Lundberg hereby enters her appearance as counsel of record for Defendant the U.S. Department of Justice in the above-captioned action. Undersigned counsel hereby certifies pursuant to Local Rule 83.2(f) that she is personally familiar with the Local Rules of this Court.

Dated: December 11, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　　　　　Deputy Branch Director

　　　　　　　　　　　　　　　　　　　　JOSHUA E. GARDNER
　　　　　　　　　　　　　　　　　　　　Special Counsel

<u>*/s/ Jessica A. Lundberg*</u>
JESSICA A. LUNDBERG
WSBA No. 60100
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 305-4688
jessica.a.lundberg@usdoj.gov

*Counsel for the United States*

2