**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GIORGI RTSKHILADZE, | |
| Plaintiff, | |
| v. | |
| ROBERT S. MUELLER, III *in his individual capacity*, | Case No.  1:20-cv-1591-CRC |
| and | |
| UNITED STATES DEPARTMENT OF JUSTICE | |
| Defendants. | |

## JOINT STATUS REPORT

The parties file this Joint Status Report pursuant to the Court's December 12, 2025 Minute

Order.  The parties have reaffirmed their settlement agreement.  The parties have memorialized

and executed the Settlement Agreement and Plaintiff will move to dismiss the case imminently.


Dated: December 18, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Jessica A. Lundberg*
Jessica A. Lundberg
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005

1

(202) 305-4688
jessica.a.lundberg@usdoj.gov

*Counsel for the United States*

/s/ Jerome A. Madden

Jerome A. Madden
THE MADDEN LAW GROUP PLL
1455 Pennsylvania Ave., NW, STE 400
Washington, DC 20004
(202) 349-9836
JMadden@TheMaddenLawGroup.com
District of Columbia Bar No. 272260

*Counsel for Plaintiff*