IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIORGI RTSKHILADZE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT S. MUELLER, III<br>*in his individual capacity*,<br><br>and<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>　　　　　　Defendants. | Case No.  1:20-cv-1591-CRC |

## JOINT STIPULATION OF DISMISSAL

1.　　Plaintiff Giorgi Rtskhiladze has reached a settlement with Defendant U.S. Department of Justice.

2.　　Accordingly, Plaintiff and Defendant, by and through undersigned counsel, hereby stipulate to dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: December 23, 2025

//

//

//

//

//

                                                                   Respectfully Submitted,

BRIAN A. SHUMATE  
Assistant Attorney General

ELIZABETH J. SHAPIRO  
Deputy Branch Director

/s/ *Jessica A. Lundberg*  
JESSICA A. LUNDBERG  
Trial Attorney  
U.S. Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street NW  
Washington, D.C. 20005  
Tel: (202) 305-4688  
jessica.a.lundberg@usdoj.gov

*Counsel for the United States*

/s/ Jerome A. Madden  
_____  
Jerome A. Madden  
THE MADDEN LAW GROUP PLL  
1455 Pennsylvania Ave., NW, STE 400  
Washington, DC 20004  
(202) 349-9836  
JMadden@TheMaddenLawGroup.com  
District of Columbia Bar No. 272260

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Jerome A. Madden, counsel for Plaintiff, here states that on December 23, 2025, I served this Joint Stipulation of Dismissal upon counsel for the Government using the CM ECF system.

/s/ Jerome A. Madden
_____
Jerome A. Madden