**From:** Jerry Madden

**To:** Lundberg, Jessica A (CIV)

**Cc:** Charles Rowan

**Subject:** RE: Draft Settlement Agreement for Review

**Date:** Wednesday, December 17, 2025 11:22:00 AM

**Attachments:** 2025 12 17 Draft Settlement Agreement Redline.docx

Hi, Jessica, I have reviewed the draft. Please change the signature line from Giorgi to me. Also for the reasons we have previously stated in emails and to the court, we continue to object to the provisions in the settlement that require us to forego fees and believe that DOJ has an unwritten policy of including such language even where the plaintiff is the prevailing party and all of the policy factors favor the payment of fees, as they do here. We can agree to disagree about the application of those criteria in this case. Nevertheless, we have a fiduciary duty to our client who wants to settle this case along the lines proposed by DOJ in the settlement agreement. Therefore, let's proceed to file a status report along with the stipulation for settlement. Thanks.

**Jerry Madden**

The MADDEN LAW Group PLLC

1455 Pennsylvania Avenue, NW, Suite 400

Washington, DC 20004

202.349.9836 (office)

703.444-3567 (direct)

571.224.1749 (cell)

JMadden@TheMaddenLawGroup.com

https://TheMaddenLawGroup.com

Confidentiality Disclosure: The information in this email and in attachments is confidential and

solely for the attention and use of the intended addressee(s). This information may be subject

to legal professional or other privilege or may otherwise be protected by work product

immunity and/or other legal rules. It must not be disclosed to any person without our

authority. If you are not the intended recipient, or a person responsible for delivering it to the

intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute,

or retain this message or any part of it