

dashboard    my account    help    reports    export    feedback    tell a friend    sign 'maddenlaw' out

Clients    Projects    Time    Calendar View    Expenses    Summary Report    Invoicing & A/R    My Time59

# Time Records

New Time Record

**704.55** hours for Giorgi Rtskhiladze    for 5/2/2020 through 12/31/2025    Refresh

Printable Time List (Un-Invoiced) (By Timekeeper) (N/C) | Printable Billing List (By Client) (By Timekeeper) (By Date) (N/C)

Next Page >

| Edit | Date Sort | Project Sort | My User | Hours | Start | End | Desc |
|---|---|---|---|---|---|---|---|
| Edit | TH 5/7/2020 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.30 | | | Review, comment, edit client draft letter to Attorney General |
| Edit | FR 5/8/2020 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.30 | | | Email correspondence w/ JAM re draft client letter to AG; review email correspondence by the way. client and JAM re same. |
| Edit | SA 5/9/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 5.00 | | | Drafting letter to AG Barr and legal research of Fifth Amendment deprivation of liberty caselaw |
| Edit | SU 5/10/2020 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 1.50 | | | Review multiple JAM emails conveying facts related to this matter. Commence review, edit of JAM draft letter to AG, William Barr. |
| Edit | SU 5/10/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 5.00 | | | Drafting letter to AG Barr and research of Fifth Amendment violation of due process for deprivation of liberty caselaw. Research regarding name clearing cause of action under the Administrative Procedure Act. |
| Edit | MO 5/11/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 4.20 | | | Drafting letter to AG Barr |
| Edit | MO 5/11/2020 | Petition for Cert | CharlieRowan | 0.20 | | | Review, reply to JAM email re constitutional claim analysis. |
| Edit | TU 5/12/2020 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.80 | | | Continue review, edit of JAM draft letter to AG, William Barr; convey comments by email to JAM. |
| Edit | TU 5/12/2020 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 1.00 | | | Review, edit, comment upon, JAM draft letter to AG, William Barr. |
| Edit | TU 5/12/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 5.40 | | | Finalizing letter to AG Barr and sending by Fed Express |
| Edit | WE 5/13/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 1.20 | | | Draft letter to Senator Rand Paul and send by FedEx |
| Edit | WE 5/13/2020 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.30 | | | Review, reply to Jam email re ltr to Sen. R. Paul re Privacy Act. |
| Edit | TH 5/21/2020 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.20 | | | Review JAM email re Privacy Act |
| Edit | FR 5/22/2020 | Petition for Cert | CharlieRowan | 0.30 | | | Review, reply to JAM email re JAM correspondence w/ former colleague re Privacy Act. |
| Edit | MO 5/25/2020 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 1.00 | | | Review, comment on JAM draft Privacy Act letter. |
| Edit | MO 5/25/2020 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.20 | | | Email correspondence w/ JAM re 2017 news reports regarding possible tapes re Trump; review same news reports. |
| Edit | TU 6/2/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 4.00 | | | Drafting complaint |
| Edit | TU 6/2/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 3.00 | | | Drafting complaint and legal research |

| Date | Matter | Timekeeper | Hours | Description |
|---|---|---|---|---|
| WE 6/3/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 4.00 | Drafting complaint. |
| TH 6/4/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 6.00 | Drafting complaint |
| TH 6/4/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 6.20 | Legal research and drafting complaint |
| FR 6/5/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 3.00 | Drafting complaint |
| FR 6/5/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 3.00 | Drafting complaint |
| SA 6/6/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 3.00 | Drafting complaint |
| SA 6/6/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 2.40 | Drafting complaint |
| SU 6/7/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 1.50 | Drafting complaint |
| SU 6/7/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 1.50 | Drafting complaint |
| MO 6/8/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 4.00 | Drafting complaint |
| MO 6/8/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 3.10 | Drafting complaint |
| TU 6/9/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 3.30 | Drafting complaint |
| WE 6/10/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 1.50 | Telephone conversation with Giorgi regarding draft complaint and strategic issues. |
| WE 6/10/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 3.20 | Drafting complaint |
| FR 6/12/2020 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 1.50 | Review, edit, comment upon draft Complaint. |
| SA 6/13/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 2.30 | Editing complaint. |
| SU 6/14/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 2.30 | Editing complaint |
| MO 6/15/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 1.50 | Final editing and proofing of complaint |
| WE 6/17/2020 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.10 | Review DOJ OIP response to JAM letter. |
| SA 6/20/2020 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.20 | Review JAM email re Privacy Act defenses. |
| TH 7/2/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 2.00 | Research qualified immunity |
| WE 7/15/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 0.15 | Exchange of emails with David Inkeles about service on Mueller and briefing schedule |
| TH 7/16/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 1.00 | Drafting amended complaint; review of local rules for briefing deadlines; review of Privacy Act deadlines; return email to David Inkeles about briefing schedule; email to Giorgi about status. |
| TH 7/16/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 1.15 | Drafting amended complaint |
| TH 7/16/2020 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.20 | Review, reply to JAM email re briefing schedule. |
| FR 7/17/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 1.00 | Drafting amended complaint; email to Giorgi regarding schedule; email to Rebecca Cutri-Kohart (DOJ counsel) about briefing schedule |
| FR 7/17/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 0.40 | Telephone call with Giorgi; email to DOJ counsels regarding briefing schedule |
| FR 7/17/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 0.30 | Reviewing email from Cutri-Kohart and responding regarding briefing schedule; email to Giorgi |
| MO 7/20/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 0.30 | Exchanging emails with DOJ and Giorgi regarding briefing schedule |
| MO 7/20/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 1.50 | Legal research of Privacy Act |
| TU 7/21/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 2.00 | Exchange of emails with DOJ and Giorgi regarding briefing schedule; research Privacy Act; drafting amended complaint |

| | TH 7/23/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 1.50 | Research qualified immunity and Privacy Act |

Records 1 to 50 of 285

Jump to page 1 ⌄



dashboard  my account  help  reports  export  feedback  tell a friend  sign 'maddenlaw' out

Clients   Projects   Time   Calendar View   Expenses   Summary Report   Invoicing & A/R   My Time59

# Time Records

New Time Record

704.55 hours for Giorgi Rtskhiladze    for 5/2/2020  through 12/31/2025   Refresh

Printable Time List (Un-Invoiced) (By Timekeeper) (N/C) | Printable Billing List (By Client) (By Timekeeper) (By Date) (N/C)

< Prev Page    Next Page >

| Edit | Date Sort | Project Sort | My User | Hours | Start | End | Desc |
|---|---|---|---|---|---|---|---|
| Edit | MO 7/27/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 0.30 | | | Review and drafting of amended complaint; email w/attachments to DOJ seeking consent to amended complaint; email from Senate Select Committee on Intelligence requesting explanation of Giorgi text. |
| Edit | WE 7/29/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 2.00 | | | Drafting amended complaint; drafting response to SSCI question. |
| Edit | FR 7/31/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 1.00 | | | Editing amended complaint; exchange of emails with Giorgi regarding SSCI question and drafting a response. |
| Edit | WE 8/5/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 4.00 | | | Finalizing the Amended Complaint and Filing Motion to Amend |
| Edit | FR 8/7/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 0.15 | | | Exchange of emails with Rick Chapman at Lex Shares about funding the litigation. |
| Edit | MO 8/10/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 3.50 | | | Researching whether attorneys fees may be awarded to a Privacy Act plaintiff under the Privacy Act |
| Edit | TU 8/11/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 1.50 | | | Research of the EAJA in Privacy Act context |
| Edit | WE 8/12/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 0.50 | | | Telephone call with Giorgi about his grand jury testimony. |
| Edit | TH 8/13/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 1.00 | | | Legal research about witnesses right to grand jury testimony and email to DOJ requesting access to GJ transcript. |
| Edit | TH 8/13/2020 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.30 | | | Review news article mentioning client. |
| Edit | FR 8/14/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 1.20 | | | Emails to GR about SOL issues |
| Edit | MO 8/17/2020 | Privacy Act (D.D.C.) -CRC | Virginia | 0.40 | | | Review and analyze anticipated issues in DOJ motion; Email correspondence with Jerry Madden regarding same. |
| Edit | SA 8/22/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 1.00 | | | Email exchange and telephone call with Paul Figley about Privacy Act |
| Edit | SA 8/22/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 1.00 | | | Legal research about "adverse determination" under the Privacy Act. |
| Edit | WE 9/9/2020 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.10 | | | Review, reply to JAM email correspondence w/ client. |
| Edit | TU 9/15/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 0.30 | | | Review of MTD filed by DOJ and SC |
| Edit | WE 9/16/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 7.00 | | | Review of MTD by DOJ and SC Legal research regarding MTD. |
| Edit | TH 9/17/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 6.50 | | | Legal Research and drafting press release. |

| Date | Matter | Timekeeper | Hours | Description |
|---|---|---|---|---|
| FR 9/18/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 4.50 | Legal research and drafting response to DOJ MTD |
| SU 9/20/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 3.00 | Legal research regarding DOJ/SC Motions to Dismiss |
| MO 9/21/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 5.00 | Legal research and drafting responses to MTD, and editing GR editorial |
| WE 9/23/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 9.30 | Legal research and drafting responses to MTD. |
| FR 9/25/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 7.00 | Legal research and drafting background section. |
| MO 9/28/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 10.00 | Legal research and drafting responses MTD. |
| TU 9/29/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 10.00 | Legal research and drafting responses to MTD. |
| WE 9/30/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 12.00 | Legal research and drafting responses to MTD. |
| TH 10/1/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 3.00 | Legal research and drafting responses to DOJ and Mueller motions to dismiss |
| FR 10/2/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 2.00 | Legal research and drafting responses to MTD of DOJ and Mueller |
| SA 10/3/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 6.00 | Legal research and drafting response to MTD and drafting motion to hold SC MTD in abeyance. |
| SA 10/3/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 3.00 | Drafting response to MTD DOJ and Mueller |
| SA 10/3/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 6.00 | Research and drafting response to MTD of DOJ and Mueller |
| SU 10/4/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 7.50 | Legal research and drafting response to DOJ MTD and drafting motion to hold SC motion in abeyance |
| MO 10/5/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 7.00 | Legal research and drafting response to DOJ MTD and drafting motion to hold SC MTD in abeyance |
| TU 10/6/2020 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 2.00 | Review, edit, comment on opposition to motion to dismiss. |
| TU 10/6/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 9.00 | Legal research and drafting response DOJ MTD and drafting motion to hold SC MTD in abeyance |
| TH 10/8/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 1.00 | Motion requesting oral argument |
| FR 10/9/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 6.00 | Drafting final response to SC MTD |
| SA 10/10/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 6.30 | Research and drafting response to SC MTD |
| WE 10/21/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 8.00 | Research and drafting sur-reply to DOJ's reply |
| TH 10/22/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 2.00 | Research and drafting sur-reply |
| FR 10/23/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 6.00 | Research and drafting sur-reply to DOJ reply |
| MO 10/26/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 4.00 | Research and drafting sur-reply to DOJ reply and filing motion for leave to file sur-reply |
| MO 11/2/2020 | Privacy Act (D.D.C.) -CRC | Jerry | 2.50 | Draft reply brief to DOJ opposition to plaintiff's motion to file a sur-reply |
| TH 9/2/2021 | Privacy Act (D.D.C.) -CRC | Jerry | 2.00 | Review memorandum opinion and exchange of emails with GR |
| FR 9/3/2021 | Privacy Act (D.D.C.) -CRC | Jerry | 3.00 | Research related to decision. Conference call with GR and begin drafting memo regarding appeal issues. |
| SU 9/5/2021 | Privacy Act (D.D.C.) -CRC | Jerry | 2.00 | Drafting and editing appeal memo |
| TU 9/7/2021 | Privacy Act (D.D.C.) -CRC | Jerry | 4.00 | Drafting appeal memo and summarizing Senate Intelligence Report |
| TH 9/9/2021 | Privacy Act (D.D.C.) -CRC | Jerry | 2.00 | Legal research on standing in Privacy Act case for clarification |

| | | | | | |
|---|---|---|---|---|---|
| | SU 9/12/2021 | Privacy Act (D.D.C.) -CRC | Jerry | 3.00 | Legal research and drafting appeal memo |
| | MO 9/13/2021 | Privacy Act (D.D.C.) -CRC | Jerry | 2.40 | Legal research and drafting of appeal memo/press release |

Records 51 to 100 of 285

Jump to page 2 ⌄

Case 1:20-cv-01591-CRC   Document 73-3   Filed 01/13/26   Page 7 of 17



**TIME59**

dashboard  my account  help  reports  export  feedback  tell a friend  sign 'maddenlaw' out

Clients | Projects | **Time** | Calendar View | Expenses | Summary Report | Invoicing & A/R | My Time59

# Time Records

New Time Record

**704.55** hours for Giorgi Rtskhiladze    for 5/2/2020   through  12/31/2025   Refresh

Printable Time List (Un-Invoiced) (By Timekeeper) (N/C) | Printable Billing List (By Client) (By Timekeeper) (By Date) (N/C)

< Prev Page    Next Page >

| Edit | Date Sort | Project Sort | My User | Hours | Start | End | Desc |
|---|---|---|---|---|---|---|---|
| Edit | TU 9/14/2021 | Privacy Act (D.D.C.) -CRC | Jerry | 2.60 | | | Legal research and drafting appeal memo/press release |
| Edit | WE 9/15/2021 | Privacy Act (D.D.C.) -CRC | Jerry | 5.00 | | | Legal research and drafting appeal memo/press release |
| Edit | FR 9/17/2021 | Privacy Act (D.D.C.) -CRC | Jerry | 4.00 | | | Legal research and drafting appeal memo/press release |
| Edit | SA 9/18/2021 | Privacy Act (D.D.C.) -CRC | Jerry | 3.00 | | | Legal research and drafting appeal memo/press release |
| Edit | TU 10/19/2021 | Privacy Act (D.D.C.) -CRC | Jerry | 5.00 | | | Legal research and drafting appeal memo/press release |
| Edit | WE 10/20/2021 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.30 | | | Review, analyze JAM draft motion to compel government to grant plaintiff access to grand jury transcripts. Reply to JAM email regarding same. |
| Edit | WE 10/20/2021 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.20 | | | Telephone conference with JAM regarding strategy to gain access to plaintiff's grand jury transcripts. |
| Edit | WE 10/20/2021 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.20 | | | Read, analyze, and comment on JAM draft letter application for release of grand jury transcripts to client. |
| Edit | WE 10/20/2021 | Grand Jury Proceeding (D.D.C.) (BAH) | Jerry | 8.00 | | | Draft motion to D.D.C. Chief Judge for access to GR's grand jury transcript. Drafting GR's affidavit. Conversation with Charlie Rowan regarding same. Email exchanges with GR. |
| Edit | TH 10/21/2021 | Grand Jury Proceeding (D.D.C.) (BAH) | Jerry | 5.00 | | | Draft application to D.D.C. Chief Judge for access to GR's GJ testimony. |
| Edit | TH 10/28/2021 | Grand Jury Proceeding (D.D.C.) (BAH) | Jerry | 0.20 | | | Call to D.D.C. Chief Judge's chambers regarding status of GJ application. |
| Edit | FR 10/29/2021 | DC Cir Consolidated Appeals | Jerry | 1.00 | | | Preparing and filing notice of appeal to D.C. Circuit |
| Edit | TH 11/4/2021 | DC Cir Consolidated Appeals | Jerry | 2.30 | | | Preparing initial filings for D.C. Circuit. Legal research re statutory standing |
| Edit | MO 11/8/2021 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.20 | | | Email correspondence w/ JAM re dist. ct. dismissal decision. |
| Edit | TU 11/9/2021 | Grand Jury Proceeding (D.D.C.) (BAH) | Jerry | 3.00 | | | Email exchanges with DOJ regarding access to GJ transcript. Legal research privacy act and APA. |
| Edit | TU 11/9/2021 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.30 | | | Review, reply to Jam Email re seeking Grand Jury transcripts. |
| Edit | TH 11/11/2021 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.40 | | | Meet with JAM re appeal and application for access to Grand Jury transcript. |

| Date | Matter | Timekeeper | Hours | Description |
|---|---|---|---|---|
| SA 11/13/2021 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.20 | Review order on DOJ application for access to Grand Jury transcript; email correspondence with JAM re same. |
| SA 11/13/2021 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.30 | Review, reply to JAM email re W. Post article re tapes, J. Rhee, Privacy Act. |
| SU 11/14/2021 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.10 | Review, reply to JAM email re GJ transcripts. |
| MO 11/15/2021 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.20 | Review, reply to JAM email re J. Rhee. |
| TU 11/30/2021 | DC Cir Consolidated Appeals | Jerry | 3.00 | Email exchanges with DOJ regarding filing a motion to stay appeal pending GJ proceeding resolution. Draft unopposed motion to stay, statement of intent to file a deferred appendix, statement of the issues. |
| MO 12/13/2021 | Grand Jury Proceeding (D.D.C.) (BAH) | Jerry | 0.20 | Email exchanges with DOJ and to clerk regarding GJ case. |
| WE 12/15/2021 | Grand Jury Proceeding (D.D.C.) (BAH) | Jerry | 1.60 | Drafting motion to Chief Judge for permission to take notes when reviewing GJ transcript. |
| TH 12/16/2021 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.20 | Review client's motion to take notes of Grand Jury materials. |
| FR 12/17/2021 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.20 | Review JAM draft reply to Government response to client's motion to take notes of Grand Jury materials. |
| TH 12/23/2021 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.20 | Review, reply to JAM email re mot. to suspend briefing schedule. |
| WE 12/29/2021 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.30 | Review court decision and order granting client's request to take notes of Grand Jury materials. |
| TU 1/11/2022 | Grand Jury Proceeding (D.D.C.) (BAH) | Jerry | 5.00 | Travel to DOJ and review of GR's GJ transcript. |
| TU 1/11/2022 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.20 | Review, reply to JAM Email re GJ transcripts. |
| WE 1/12/2022 | Privacy Act (D.D.C.) -CRC | Jerry | 3.00 | Drafting Rule 60(b) Motion |
| WE 1/12/2022 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.20 | Review, reply to JAM email re JAM email w/ former colleague re case strategy. |
| TH 1/13/2022 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 2.00 | Meet with JAM to review, discuss grand jury testimony, strategy, next steps. |
| TH 1/13/2022 | Grand Jury Proceeding (D.D.C.) (BAH) | Jerry | 2.00 | Meeting with Charles Rowan about strategy. Drafting GR's declaration. |
| SA 1/15/2022 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.30 | Review, reply to JAM emails regarding use of grand jury testimony in other, non-criminal proceedings. |
| SU 1/16/2022 | Privacy Act (D.D.C.) -CRC | Jerry | 7.00 | Legal research, drafting GJ affidavit, drafting Rule 60(b) motion. |
| MO 1/17/2022 | Privacy Act (D.D.C.) -CRC | Jerry | 4.00 | Drafting GR affidavit and drafting Rule 60(b) motion |
| TU 1/18/2022 | Privacy Act (D.D.C.) -CRC | Jerry | 5.00 | Drafting Rule 60(b) motion |
| WE 1/19/2022 | Privacy Act (D.D.C.) -CRC | Jerry | 5.00 | Finalizing and filing Rule 60(b) motion and GR affidavit |
| TH 1/20/2022 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.20 | Review, offer edits to, and comment upon draft and as-filed Rule 60(b) motion. |
| FR 1/21/2022 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.50 | Review, offer edits to, and comment upon draft and as-filed Rule 60(b) motion. |
| FR 1/21/2022 | Grand Jury Proceeding (D.D.C.) (BAH) | Jerry | 3.00 | Drafting motion to CJ to clarify whether transcript needed to be sealed. |
| SA 1/22/2022 | Grand Jury Proceeding (D.D.C.) (BAH) | Jerry | 6.00 | Drafting and filing Motion to unseal. |
| WE 1/26/2022 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.10 | Review order of Chief Judge Howell re disclosure/production of grand jury transcript. |

| | | | | | |
|---|---|---|---|---|---|
| | MO 2/7/2022 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.50 | Review, comment, edit JAM draft reply to government opp. to motion to unseal GJ transcripts. |
| | SA 2/19/2022 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.60 | Review (partial) of 2/16/22 order in In re Grand Jury Proceedings and related submissions; review JAM emails re same; review 2/18/22 online article in (UK) Daily Mail newspaper. |
| | SA 2/19/2022 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.40 | Telephone conference w/ JAM re Daily Mail article and next steps in In re Grand Jury Proceeding. |
| | SA 2/19/2022 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.20 | Review Petitioner's notice filed today about the Daily Mail article. |
| | MO 2/28/2022 | Grand Jury Proceeding (D.D.C.) (BAH) | CharlieRowan | 0.30 | Review Petitioner's reply to government's opposition to motion to provide copy of Grand Jury transcript. |
| | TU 5/17/2022 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.40 | Review, comment, edit JAM draft reply to DOJ opp to Rule 60(b) motion. |

Records 101 to 150 of 285

Jump to page 3 ⌄



Clients | Projects | Time | Calendar View | Expenses | Summary Report | Invoicing & A/R | My Time59

# Time Records

New Time Record

**704.55** hours for Giorgi Rtskhiladze       for 5/2/2020  through 12/31/2025   Refresh

Printable Time List (Un-Invoiced) (By Timekeeper) (N/C) | Printable Billing List (By Client) (By Timekeeper) (By Date) (N/C)

< Prev Page   Next Page >

| Edit | Date Sort | Project Sort | My User | Hours | Start | End | Desc |
|---|---|---|---|---|---|---|---|
| Edit | MO 8/19/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.50 | | | Review, comment, edit JAM draft petition for rehearing en banc. |
| Edit | MO 8/19/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.90 | | | Research re forfeiture finding by appellate court; email correspondence w/ JAM re same. |
| Edit | TU 8/20/2024 | DC Cir Consolidated Appeals | CharlieRowan | 1.00 | | | Research proof of actual malice; email correspondence w/ JAM re same. |
| Edit | TU 8/20/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.60 | | | Email correspondence w/ JAM re proof of actual malice. |
| Edit | WE 8/21/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.60 | | | Review, comment, edit JAM draft petition for rehearing en banc |
| Edit | TH 8/22/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.60 | | | Review, comment, edit JAM petition for rehearing en banc; email correspondence w/ JAM re same. |
| Edit | FR 8/23/2024 | DC Cir Consolidated Appeals | CharlieRowan | 1.00 | | | Analyze Mueller Report redactions. |
| Edit | SA 8/24/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.40 | | | Research Fraternal Order of Police case; email correspondence w/ JAM re same. |
| Edit | SU 8/25/2024 | DC Cir Consolidated Appeals | CharlieRowan | 1.00 | | | Review, comment, edit JAM draft argument ofr petition for rehearing en banc. |
| Edit | SU 8/25/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.10 | | | Email correspondence w/ JAM re Mueller Report redactions. |
| Edit | MO 8/26/2024 | DC Cir Consolidated Appeals | CharlieRowan | 1.50 | | | Review, comment, edit multiple JAM drafts of petition for rehearing en banc |
| Edit | WE 8/28/2024 | DC Cir Consolidated Appeals | CharlieRowan | 1.50 | | | Review, comment, edit JAM drafts of petition for rehearing en banc |
| Edit | TH 8/29/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.20 | | | Review, comment, edit revised outline of argument for petition for rehearing en banc |
| Edit | FR 8/30/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.50 | | | Review, comment, edit draft Rule 35(b)1) statement for petition for rehearing en banc |
| Edit | TU 9/3/2024 | Mueller Report Defamation 2 | CharlieRowan | 0.50 | | | Review, comment, edit further JAM draft petition for rehearing en banc |
| Edit | WE 9/4/2024 | DC Cir Consolidated Appeals | Jerry | 4.00 | | | Legal research and drafting for petition for rehearing |
| Edit | WE 9/4/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.50 | | | Research willfulness requirement. |
| Edit | WE 9/4/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.40 | | | Review, comment, edit JAM draft Rule 35(b)(1) statement for petition for rehearing en banc |
| Edit | TH 9/5/2024 | DC Cir Consolidated Appeals | Jerry | 4.00 | | | Legal research and drafting of petition for rehearing |

| Date | Matter | Timekeeper | Hours | Description |
|---|---|---|---|---|
| FR 9/6/2024 | DC Cir Consolidated Appeals | CharlieRowan | 1.50 | Review, comment, edit further JPM draft petition for rehearing en banc; research custom of deference on remand regarding issues not already considered by trial court. |
| SA 9/7/2024 | DC Cir Consolidated Appeals | Jerry | 3.00 | Legal research and drafting petition for rehearing |
| SA 9/7/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.20 | email correspondence w/ JAM re status of petition for rehearing en banc |
| MO 9/9/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.50 | Review, comment, edit lates JAM draft petition for rehearing en banc |
| TU 9/10/2024 | DC Cir Consolidated Appeals | CharlieRowan | 1.00 | Review, comment, edit draft petition for rehearing en banc; email correspondence w/ JAM re same. |
| TU 9/10/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.50 | Research, email correspondence w/ JAM re custom of deference on remand regarding issues not already considered by trial court. |
| WE 9/11/2024 | DC Cir Consolidated Appeals | Jerry | 6.00 | Legal research and drafting petition for rehearing |
| WE 9/11/2024 | DC Cir Consolidated Appeals | CharlieRowan | 1.00 | Review, comment, edit further JAM draft petition for rehearing en banc |
| TH 9/12/2024 | DC Cir Consolidated Appeals | Jerry | 3.00 | Legal research and drafting petition for rehearing |
| FR 9/13/2024 | DC Cir Consolidated Appeals | CharlieRowan | 1.00 | Review, comment, edit further JAM draft petition for rehearing en banc |
| SU 9/15/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.60 | Review, comment, edit further JAM draft petition for rehearing en banc |
| TU 9/17/2024 | DC Cir Consolidated Appeals | Jerry | 6.00 | Legal research and drafting petition for rehearing |
| WE 9/18/2024 | DC Cir Consolidated Appeals | Jerry | 3.00 | Drafting petition for rehearing |
| TH 9/19/2024 | DC Cir Consolidated Appeals | Jerry | 4.00 | Drafting petition for rehearing |
| FR 9/20/2024 | DC Cir Consolidated Appeals | Jerry | 4.00 | Finalizing and filing petition for rehearing |
| TH 12/26/2024 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.20 | Review, reply to JAM email re recovery of attorneys' fees in Privacy Act case. |
| FR 1/3/2025 | Petition for Cert | Jerry | 5.00 | Legal research and drafting petition for certiorari |
| SA 1/4/2025 | Petition for Cert | Jerry | 4.00 | Legal research and drafting |
| SA 1/4/2025 | Petition for Cert | Jerry | 5.00 | Legal research and drafting petition |
| MO 1/6/2025 | Petition for Cert | Jerry | 5.00 | Legal research and drafting petition |
| MO 1/6/2025 | Petition for Cert | CharlieRowan | 0.80 | Review, comment, edit JAM draft Cert petition |
| TU 1/7/2025 | Petition for Cert | Jerry | 4.00 | Legal research and drafting petition |
| TU 1/7/2025 | Petition for Cert | CharlieRowan | 0.10 | Email correspondence w/ JAM re redactions in cert petition. |
| TU 1/7/2025 | Petition for Cert | CharlieRowan | 0.10 | Email correspondence w/ JAM re cert petition. |
| WE 1/8/2025 | Petition for Cert | Jerry | 6.00 | Legal research and drafting petition |
| WE 1/8/2025 | Petition for Cert | CharlieRowan | 0.50 | Review, comment, edit JAM draft cert petition. |
| WE 1/8/2025 | Petition for Cert | CharlieRowan | 0.20 | Email correspondence w/ client re fact clarification for cert petition. |
| WE 1/8/2025 | Petition for Cert | CharlieRowan | 0.50 | Review, comment, edit JAM draft cert petition |
| TH 1/9/2025 | Petition for Cert | Jerry | 4.50 | Legal research and drafting petition |
| FR 1/10/2025 | Petition for Cert | Jerry | 7.00 | Drafting petition |

| | FR 1/10/2025 | Petition for Cert | CharlieRowan | 1.00 | Review, comment, edit JAM draft cert petition |

Records 201 to 250 of 285

Jump to page 5 ⌄



**TIME59**    dashboard    my account    help    reports    export    feedback    tell a friend    sign 'maddenlaw' out

Clients | Projects | Time | Calendar View | Expenses | Summary Report | Invoicing & A/R | My Time59

# Time Records

New Time Record

704.55 hours for Giorgi Rtskhiladze    for 5/2/2020    through 12/31/2025    Refresh

Printable Time List (Un-Invoiced) (By Timekeeper) (N/C) | Printable Billing List (By Client) (By Timekeeper) (By Date) (N/C)

< Prev Page    Next Page >

| Edit | Date Sort | Project Sort | My User | Hours | Start | End | Desc |
|---|---|---|---|---|---|---|---|
| Edit | SA 10/15/2022 | Privacy Act (D.D.C.) -CRC | Jerry | 6.00 | | | Drafting summary of GR's GJ transcript and drafting Rule 60(b) motion. |
| Edit | WE 12/14/2022 | Privacy Act (D.D.C.) -CRC | Jerry | 6.00 | | | Drafting GR affidavit, research and drafting Rule 60(b) motion. |
| Edit | SU 3/5/2023 | DC Cir Consolidated Appeals | Jerry | 5.00 | | | Research and drafting for opening appellate brief in No. 21-5243 and No. 22-3037 (D.C. Cir.) |
| Edit | FR 3/10/2023 | DC Cir Consolidated Appeals | Jerry | 6.00 | | | Legal research and drafting opening appellate brief in consolidated appeals. |
| Edit | MO 3/13/2023 | DC Cir Consolidated Appeals | Jerry | 5.00 | | | Research for appellate opening brief |
| Edit | MO 3/20/2023 | DC Cir Consolidated Appeals | Jerry | 5.00 | | | Legal research and drafting opening appellant brief in consolidated appeals. |
| Edit | FR 3/24/2023 | DC Cir Consolidated Appeals | Jerry | 5.00 | | | Legal research and drafting appellant's opening brief in consolidated appeals. |
| Edit | MO 3/27/2023 | DC Cir Consolidated Appeals | CharlieRowan | 1.50 | | | Review, edit, and comment upon JAM draft of appellant's brief. |
| Edit | MO 3/27/2023 | DC Cir Consolidated Appeals | Jerry | 7.00 | | | Legal research and drafting opening brief in consolidated appeals |
| Edit | MO 3/27/2023 | DC Cir Consolidated Appeals | Jerry | 6.00 | | | Legal research and drafting opening brief in consolidated appeals. |
| Edit | WE 3/29/2023 | DC Cir Consolidated Appeals | Jerry | 8.00 | | | Legal research and drafting opening brief in consolidated appeals. |
| Edit | TH 3/30/2023 | Mueller Report Defamation 2 | Jerry | 7.00 | | | Legal research and drafting opening brief in consolidated appeals. |
| Edit | FR 3/31/2023 | DC Cir Consolidated Appeals | Jerry | 5.00 | | | Finalizing and filing opening brief. |
| Edit | MO 4/3/2023 | DC Cir Consolidated Appeals | CharlieRowan | 0.30 | | | Email correspondence w/ JAM re issue whether appellate briefs should be unsealed. |
| Edit | TU 4/4/2023 | DC Cir Consolidated Appeals | Jerry | 1.50 | | | Drafting and filing motion to unseal brief. |
| Edit | SA 6/17/2023 | DC Cir Consolidated Appeals | Jerry | 4.00 | | | Legal research and drafting reply brief. |
| Edit | SU 6/18/2023 | DC Cir Consolidated Appeals | Jerry | 4.00 | | | Preparing reply |
| Edit | MO 6/19/2023 | Mueller Report Defamation 2 | Jerry | 3.00 | | | Legal research and drafting reply. |
| Edit | TU 6/20/2023 | DC Cir Consolidated Appeals | Jerry | 1.50 | | | Reviewing and filing reply |

| Date | Matter | Timekeeper | Hours | Description |
|---|---|---|---|---|
| SU 6/25/2023 | DC Cir Consolidated Appeals | Jerry | 5.00 | Preparing joint appendix |
| MO 6/26/2023 | DC Cir Consolidated Appeals | Jerry | 3.00 | Preparing joint appendix |
| TU 6/27/2023 | DC Cir Consolidated Appeals | Jerry | 2.00 | Finalizing and filing joint appendix |
| SU 7/9/2023 | DC Cir Consolidated Appeals | Jerry | 3.00 | Preparing final opening brief for filing. |
| TU 7/11/2023 | DC Cir Consolidated Appeals | Jerry | 4.00 | Preparing and filing final opening and reply brief. |
| TU 11/14/2023 | DC Cir Consolidated Appeals | CharlieRowan | 0.70 | Review, comment on JAM draft outline of oral argument. |
| MO 11/20/2023 | DC Cir Consolidated Appeals | Jerry | 5.00 | Preparing for oral argument |
| TU 11/21/2023 | DC Cir Consolidated Appeals | CharlieRowan | 0.60 | Review and comment on JAM outline of oral argument. |
| TU 11/21/2023 | DC Cir Consolidated Appeals | Jerry | 4.00 | Preparing for oral argument |
| FR 11/24/2023 | DC Cir Consolidated Appeals | Jerry | 2.50 | Preparing for oral argument |
| MO 11/27/2023 | DC Cir Consolidated Appeals | CharlieRowan | 0.80 | Review and comment on JAM's latest oral argument outline. |
| TU 11/28/2023 | DC Cir Consolidated Appeals | Jerry | 3.00 | Preparing for oral argument |
| WE 11/29/2023 | DC Cir Consolidated Appeals | Jerry | 4.00 | Preparing for oral argument |
| WE 11/29/2023 | DC Cir Consolidated Appeals | CharlieRowan | 0.20 | Review, reply to JAM email re DC Cir oral argument outline. |
| TH 11/30/2023 | DC Cir Consolidated Appeals | Jerry | 6.00 | Preparing for and attending oral argument |
| TH 11/30/2023 | DC Cir Consolidated Appeals | CharlieRowan | 4.00 | Attend oral argument in DC Cir. |
| TH 11/30/2023 | DC Cir Consolidated Appeals | CharlieRowan | 0.40 | Review, comment, edit JAM draft Rule 28(j) letter to DC Cir. clerk. |
| FR 8/9/2024 | DC Cir Consolidated Appeals | Jerry | 3.00 | Reviewing appellate decision |
| FR 8/9/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.60 | Review DC Cir. Decision |
| SA 8/10/2024 | DC Cir Consolidated Appeals | Jerry | 5.00 | Legal research and drafting of petition for rehearing |
| MO 8/12/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.40 | Review, analyze DC Cir decision; email correspondence w/JAM re forfeiture finding. |
| MO 8/12/2024 | Mueller Report Defamation 2 | | 4.00 | Review of DC Cir opinion and legal research. |
| TU 8/13/2024 | DC Cir Consolidated Appeals | | 4.00 | Review DC Cir opinion and legal research |
| WE 8/14/2024 | Mueller Report Defamation 2 | CharlieRowan | 0.30 | Email correspondence w/ JAM re recovery of attorney fees; & re W. Barr comments regarding Mueller Report redactions. |
| TH 8/15/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.30 | Email correspondence w/ JAM re Privacy Act; review DOJ Privacy Act publication. |
| TH 8/15/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.50 | Research defamation law. |
| TH 8/15/2024 | DC Cir Consolidated Appeals | CharlieRowan | 1.00 | Review, comment, edit JPM draft petition for rehearing en banc |
| TH 8/15/2024 | DC Cir Consolidated Appeals | CharlieRowan | 0.30 | Research recovery of attorney fees in Privacy Act case; email correspondence w/ JAM re same. |

| | Date | Matter | Hours | Description |
|---|---|---|---|---|
| | TH 8/15/2024 | DC Cir Consolidated Appeals | 3.00 | Review of DC Cir opinion and legal research |
| | FR 8/16/2024 | DC Cir Consolidated Appeals | 6.00 | Drafting and editing petition for rehearing en banc |
| | SA 8/17/2024 | DC Cir Consolidated Appeals | 6.50 | Drafting and editing petition for rehearing en banc in DC Cir |

Records 151 to 200 of 285

Jump to page 4 ⌄



dashboard   my account   help   reports   export   feedback   tell a friend   sign 'maddenlaw' out

Clients | Projects | Time | Calendar View | Expenses | Summary Report | Invoicing & A/R | My Time59

# Time Records

New Time Record

**704.55** hours for Giorgi Rtskhiladze    for 5/2/2020   through 12/31/2025   Refresh

Printable Time List (Un-Invoiced) (By Timekeeper) (N/C) | Printable Billing List (By Client) (By Timekeeper) (By Date) (N/C)

< Prev Page

| Edit | Date Sort | Project Sort | My User | Hours | Start | End | Desc |
|---|---|---|---|---|---|---|---|
| Edit | MO 1/13/2025 | Petition for Cert | Jerry | 6.00 | | | 4 |
| Edit | MO 1/20/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.20 | | | Email correspondence w/ JAM re attorneys' fees recovery. |
| Edit | WE 1/22/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.50 | | | Email correspondence w/ JAM re attorneys' fees recovery. |
| Edit | MO 1/27/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.40 | | | Review, comment on JAM research re opposition to government motion to dismiss complaint. |
| Edit | WE 1/29/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.50 | | | Review, comment, edit JAM draft opposition to motion to dismiss. |
| Edit | WE 1/29/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.20 | | | Email correspondence w/ JAM re attorneys' fees recovery. |
| Edit | TH 1/30/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.80 | | | Research meaning of system of records name retrievability; email correspondence w/ JAM re same. |
| Edit | TH 1/30/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.40 | | | Review, comment, edit opposition to government motion to dismiss. |
| Edit | FR 1/31/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 1.00 | | | Research system of records & name retrievability under Privacy Act; email correspondence w/ JAM re same. |
| Edit | SA 2/1/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.30 | | | Email correspondence w/ JAM re settlement possibilities. |
| Edit | SU 2/2/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.30 | | | Research DOJ system of records; email correspondence w/ JAM re same. |
| Edit | MO 2/3/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.50 | | | Email correspondence w/ JAM re attorneys' fees recovery; review caselaw JAM referenced. |
| Edit | MO 2/3/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.20 | | | Review, comment, edit JAM draft correspondence w/ DOJ. |
| Edit | TH 2/6/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.60 | | | Telephone conference w/ JAM & client. |
| Edit | TH 2/6/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.20 | | | Email correspondence w/ JAM re D.Ct. denial of joint motion to stay; review JAM correspondence w/ DOJ re same. |
| Edit | FR 2/7/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.40 | | | Review, comment, edit draft correspondence w/ DOJ re settlement. |
| Edit | WE 2/19/2025 | Petition for Cert | CharlieRowan | 0.20 | | | Email correspondence w/ JAM re possible government reply to petition to reconsider denial of cert. |
| Edit | TH 2/20/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.10 | | | Review JAM correspondence w/ DOJ. |

| | Date | Matter | Attorney | Hours | Description |
|---|---|---|---|---|---|
| | WE 3/26/2025 | Petition for Cert | CharlieRowan | 0.20 | Email correspondence w/ JAM re possible petition to rehear cert denial. |
| | TH 3/27/2025 | Mueller Report Defamation 2 | CharlieRowan | 0.20 | Email correspondence / JAM re possible petition to rehear cert petition. |
| | TU 4/1/2025 | Petition for Cert | CharlieRowan | 0.20 | Email correspondence w/ JAM re possible petition to rehear cert petition. |
| | TU 4/8/2025 | Petition for Cert | Jerry | 4.00 | Legal research regarding petition for rehearing |
| | WE 4/9/2025 | Petition for Cert | Jerry | 3.50 | Legal research for petition for rehearing |
| | TH 4/10/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.20 | Review, comment on JAm correspondence w/ DOJ re possible settlement. |
| | TH 4/10/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.10 | Email correspondence w/ JAM re attorneys' fees recovery. |
| | FR 4/11/2025 | Petition for Cert | Jerry | 5.00 | Legal research and drafting rehearing petition |
| | MO 4/14/2025 | Petition for Cert | Jerry | 6.50 | Legal research and drafting petition for rehearing |
| | TU 4/15/2025 | Petition for Cert | Jerry | 5.00 | Drafting petition for rehearing |
| | TU 4/15/2025 | Petition for Cert | CharlieRowan | 1.00 | Review, comment, edit JAM draft petition to rehear cert petition. |
| | WE 4/16/2025 | Petition for Cert | CharlieRowan | 0.50 | Review, comment, edit JAM draft petition to rehear cert petition. |
| | TH 4/17/2025 | Petition for Cert | CharlieRowan | 0.50 | Review, comment, edit JAM draft petition to rehear cert petition; email correspondence w/ JAM re same. |
| | FR 4/18/2025 | Petition for Cert | Jerry | 3.00 | Finalizing and filing petition for rehearing |
| | WE 4/30/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.10 | Review, reply to JAM email re settlement correspondence w/ DOJ. |
| | MO 11/24/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 0.50 | Meet w/ JAM re attorneys' fees recovery. |
| | MO 11/24/2025 | Privacy Act (D.D.C.) -CRC | CharlieRowan | 8.00 | Review, verify & prepare attorney time records. |

Records 251 to 285 of 285

Jump to page 6 ⌄