# In the United States District Court
# for the District of Columbia

|  |  |
|---|---|
| **GIORGI RTSKHILADZE**, | ) |
| *Plaintiff,* | ) |
| v. | ) No. 1:20-cv-1591-CRC |
| **ROBERT S. MUELLER, III,** | ) |
| and | ) |
| **UNITED STATES DEPARTMENT OF JUSTICE,** | ) |
| *Defendants.* | ) |

# ORDER

Upon consideration of Plaintiff's Motion for Attorney's Fees and Costs, the supporting affidavit, and exhibits, the record in this case, and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion is GRANTED; and it is further

ORDERED that Plaintiff is awarded attorney's fees in the amount of $350,000, together with reasonable costs, pursuant to 5 U.S.C. § 552a(g)(4)(B) and Fed. R. Civ. P. 54(d)(2).

SO ORDERED.

_____   Date: _____
Christopher R. Cooper
United States District Judge